IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA L. LEWIS, | No.  CIV.S-05-0124 DAD |
| Plaintiff, | |
| v. | <u>ORDER AND</u> |
| JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security, | <u>FINDINGS AND RECOMMENDATIONS</u> |
| Defendant. | |
| _____/ | |

On May 13, 2005, the court issued an order to show cause why plaintiff has failed to execute and file the form entitled "Notice Re Consent or Request for Reassignment."  That order directed a written response within ten days, yet more than one month has passed and plaintiff has still not responded to that order.  A member of the court's staff has attempted to contact plaintiff's counsel on numerous occasions regarding this matter, but has been unable to leave a message on counsel's answering machine because the mailbox is full.

1           Accordingly, IT IS HEREBY ORDERED that this action shall be
2  assigned a United States District Judge randomly selected by the
3  Clerk of the Court.  All documents filed in the future in this matter
4  shall display the case number assigned by the Clerk.
5           IT IS HEREBY RECOMMENDED that this action be dismissed
6  without prejudice.  See Fed. R. Civ. P. 41(b); L.R. 11-110.
7           These findings and recommendations are submitted to the
8  United States District Judge assigned to the case, pursuant to the
9  provisions of 28 U.S.C. § 636(b)(1).  Within ten (10) days after
10 being served with these findings and recommendations, any party may
11 file written objections with the court and serve a copy on all
12 parties.  Such a document should be captioned "Objections to
13 Magistrate Judge's Findings and Recommendations."  The parties are
14 advised that failure to file objections within the specified time may
15 waive the right to appeal the District Court's order.  See Martinez
16 v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: June 21, 2005.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/lewis0124.f&r.assign