IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA L. LEWIS,  No.  CIV.S-05-0124 GEB DAD

    Plaintiff,

                              ORDER

    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

        On May 13, 2005, the court issued an order to show cause why plaintiff had failed to execute and file the form entitled "Notice Re Consent or Request for Reassignment."  That order directed a written response within ten days.  Plaintiff having failed to respond to the court's order, an order and findings and recommendations were issued on June 22, 2005, assigning this action to the Honorable Garland E. Burrell, Jr., and recommending that the action be dismissed without prejudice for plaintiff's failure to respond to the court's order.  On July 6, 2005, plaintiff filed

1

objections to the findings and recommendations indicating that the consent form was executed but never filed with the court.  In addition, plaintiff requested an 60-day extension of time to file a motion for summary judgment and/or remand.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations filed on June 22, 2005, are hereby VACATED;

2. Plaintiff shall execute and file the required "Notice Re Consent or Request for Reassignment" form within ten days; and

3. Plaintiff is granted an extension of time to September 6, 2005, in which to file a motion for summary judgment and/or remand.

DATED: July 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/lewis1124.vacatef&r

2